U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 3 1 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| **RONNIE HARDY, ET AL.** | **CIVIL ACTION NO. 02-1520** |
| -vs- | **JUDGE DRELL** |
| **RANDALL DUCOTE, ET AL.** | **MAGISTRATE JUDGE KIRK** |

CONSOLIDATED WITH

| | |
|---|---|
| **RANDALL JUNEAU** | **CIVIL ACTION NO. 04-0789** |
| -vs- | **JUDGE DRELL** |
| **RANDALL DUCOTE, ET AL.** | **MAGISTRATE JUDGE KIRK** |

### ORDER

The Court having noticed that these suits arise from common issues of fact and law,

IT IS ORDERED that the above listed suits are hereby consolidated for all future proceedings, including trial, unless otherwise ordered by the Court.

A pretrial conference will be held on August 17, 2006 at 10:00 a.m.

SIGNED on this 31st day of May, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE